Re: Thomas, Debtor

Case No. 23-1066-TJ23
Chapter 13
Judge Hon TJ 23
Adversary Case NO. 23-5091

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, **KeoRoyshi Kevin Street** (name), certify that service of this summons and a copy of the complaint was made **July 5, 2023** (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: **Corporation Service Company, Registered Agent for DLJ Mortgage Capital, Inc. 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**

Delivered To: Alisha M. Smith, CSC Coordinator

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
2023 JUL -6 AM 9:04
VANIA S. ALLEN, CLERK
BY: _____ DEPUTY CLERK

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **7-5-2023**    Signature **KeoroySh Kevin Street**

Print Name:    **KeoRoyshi Kevin Streete**

Business Address:    **46 Birch Chase**
**Riverdale, GA 30274**
**404-951-3610**

*Keith S Thomas* *Case No. 23-54066-TJ23*
*Debtor* *Chapter 13*
*Judge Hon. TJ 23*
*Adversary Case no. 23-5091*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, **KeoRoyshi Kevin Streete** (name), certify that service of this summons and a copy of the complaint was made **July 5, 2023** (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: **Corporation Service Company, Registered Agent for Select Portfolio Servicing, Inc., 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**

*Delivered to: Alisha M. Smith, CSC Coordinator at:*

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **7-5-2023**    Signature **Keoroyshi Kevin Streete**

Print Name: **KeoRoyshi Kevin Streete**

Business Address: **46 Birch Chase, Riverdale, GA 30274**

**404-951-3610**

*[Filed stamp: 2023 JUL -6 AM 9:04, Vania S. Allen, Clerk, Filed in Clerk's Office, U.S. Bankruptcy Court, Northern District of Georgia]*